### STATE OF CONNECTICUT *v.* WILLIAM ASKEW

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 34 (AC 17799), is denied.

NORCOTT and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Michelle M. Napoli*, special public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided November 2, 1999

### TOWN OF HAMDEN ET AL. *v.* LEE S. BRADY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18724) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lee S. Brady*, pro se, in support of the petition.

Decided November 2, 1999